January 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE DARRELL WAYNE OWENS

NO. 14-13-01094-CR                                  V.
NO. 14-13-01095-CR
NO. 14-13-01096-CR
NO. 14-13-01097-CR
NO. 14-13-01098-CR

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.